```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                   :
                                   :
                                   :
NYSA-PPGU PENSION FUND,            :   Civil Action: 12-2309 (ES)
                                   :
                                   :
         Plaintiff,                :          O R D E R
                                   :
    v.                             :
                                   :
AMERICAN STEVEDORING,              :
INC, et al.                        :
                                   :
         Defendants,               :
                                   :
```

It appearing that in the above case, counsel has not been able to consummate the settlement,

It is on the day  11th  of  SEPTEMBER, 2014

ORDERED that this action is hereby reopened and returned to the active civil calendar.

                                              S/Esther Salas
                                      ESTHER SALAS, U.S.D.J.