**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

September 12, 2014

## LETTER ORDER

Re:   *NYSA-PPGU Pension Fund, et als. v. American Stevedoring, Inc. et als. ("PPGU Fund")*
<u>**Case No. 12-cv-2309 (ES) (JAD)**</u>
*NYSA-ILA Pension Trust Fund, et als. v. American Stevedoring, Inc., et als. ("PTF")*
<u>**Case No. 12-cv-2506 (PAC) (MHD)**</u>
*International Longshoremen's Association, et als. v. American Stevedoring, Inc. ("ILA")*
<u>**Index No. 52194/14 (N.Y. Supreme Court)**</u>
*American Stevedoring, Inc. v. International Longshoremen's Association, et al. ("RICO")*
<u>**Case No. 13-cv-0918**</u>

Dear Counsel:

The Court sets the following briefing schedule for Defendant American Stevedoring, Inc.'s ("ASI") anticipated motion to disqualify counsel:

- Motion papers shall be filed no later than **October 3, 2014**;
- Opposition papers shall be filed no later than **October 17, 2014**;
- Reply papers shall be filed no later than **October 24, 2014**.

The summary judgment motion, (D.E. No. 71), will remain in abeyance pending the Court's resolution of Defendant's above-referenced motion.

   **SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.D.J.**