September 15, 2014

**VIA ECF**

Honorable Esther Salas
United States District Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    NYSA-PPGU Pension Fund, *et al.* v. American Stevedoring, Inc., *et al.*
              <u>Civil Action No.: 2:12-CV-2309 (ES) (JAD)</u>

Dear Judge Salas:

      This joint letter is submitted to follow up on the two letters sent by Janine Bauer, dated September 8, 2014, in connection with the Court's September 5, 2014 Order, which required counsel to inform the Court by close of business last Monday on the status of the case. *See* Docket # 110.

      The parties have agreed to submit this matter, along with several other related matters, to mediation. Specifically, American Stevedoring, Inc. ("ASI"), the NYSA-PPGU Pension Fund (plaintiffs herein), the NYSA-ILA Pension Trust Fund ("PTF"), the NYSA-ILA Money Purchase Pension Fund and Plan, the NYSA-ILA Fringe Benefits Escrow Fund, the NYSA-ILA Container Royalty Fund, and the defendants in the Civil RICO action have agreed to mediate the several disputes and litigations between and among them before a mediator to be designated by the United States District Court for the Southern District of New York. It is the collective judgment of those parties that such a mediation would serve the interests of judicial economy, and reduce litigation costs.

      Further to such an arrangement, the parties have agreed to request stays of litigation, deadlines, and judgment collection in all matters to which they are parties with each other pending completion of the mediation process. These include the above-referenced action (2:12-CV-2309); the Civil RICO action styled *American Stevedoring, Inc. v. International*

Honorable Esther Salas              -2-              September 15, 2014

*Ass'n., et al. v. American Stevedoring, Inc.* (N.Y. Sup. Ct. 52194/14); *International Longshoremen's Ass'n., et al. v. American Stevedoring, Inc.* (E.D.N.Y. 12 CV 1325); and, as it pertains to a certain motion to intervene by NYSA-ILA Pension Trust Fund, NYSA-ILA Fringe Benefits Escrow Fund, NYSA-ILA Container Royalty Fund and NYSA-ILA Money Purchase Pension Fund and Plan in the action styled *Port Authority of New York and New Jersey v. American Stevedoring, Inc.* (N.Y. Sup. Ct. 154871/12). If the mediation is unsuccessful, then all matters will resume at the point they were at when stayed.

It is our understanding that all affected parties to the above-referenced actions have agreed to utilize a mediator to facilitate a final settlement of the issues. This process, however, will require additional time to complete.

In view of the discussions and comments exchanged between and among counsel for the parties since the last telephone Court Conference, the undersigned are confident that the proposed mediation will bear fruit and result in a global settlement. In order to accomplish this global settlement, the parties hereby request that the Court postpone the briefing schedule until the completion of the mediation process.

The parties intend to use the time available to them to schedule and participate in the above-referenced mediation. As per Your Honor's Order, issued September 12, 2014, the motion for summary judgment (D.E. No. 71) will remain in abeyance pending the Court's resolution of Defendant's Motion to Disqualify Counsel.

A letter outlining the parties' agreement concerning the terms of mediation will be submitted to Judge Katherine Polk Failla of the United States District Court for the Southern District of New York, who presides over the Civil RICO case. A copy of the letter to Judge Failla is enclosed.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF STEPHEN DAVIS, P.C. | THE LAMBOS FIRM, LLP |
| By: _____ | By: _____ |
| Joy M. Holz | Richard J. Ciampi, Jr. |
| Stephen Davis | Jan A. Weinberger |
| 100 Craig Road, Suite 102 | 599 Avenue C |
| Manalapan, New Jersey 07726 | Bayonne, New Jersey 07002 |
| Tel. (732) 431-1749 | Tel. (201) 823-1000 |
| Fax (732) 431-9339 | Fax (201) 823-3097 |

*Co-Counsel to Plaintiff NYSA-PPGU*
*Pension Fund and Its Trustees*

Honorable Esther Salas — 3 — September 15, 2014

HILLER, P.C.

By: _____
Michael S. Hiller
600 Madison Avenue
New York, New York 10022
Tel. (212) 319-4000
Fax (212) 753-4530

SZAFERMAN, LAKIND, BLUMSTEIN &
BLADER, P.C.

By: _____
Janine Bauer
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648
Tel. (609) 275-0400
Fax (609) 779-6555

*Co-Counsel to Defendant American Stevedoring, Inc.*

A0029325

# THE LAMBOS FIRM, LLP

ATTORNEYS AT LAW

C. PETER LAMBOS (1926-2003)
DONATO CARUSO
WILLIAM M. SPELMAN
NICHOLAS G. MAGLARAS (1951-2006)
CAROL NOTIAS LAMBOS\* ^ + ■
PETER C. LAMBOS (1954-1991)

ANN MARIE FLYNN
RICHARD J. CIAMPI, JR.\*
JAMES R. CAMPBELL\*
IAN A. WEINBERGER \*

ALSO ADMITTED IN: \*NJ  ^ DC  +FL  ■ CT

303 SOUTH BROADWAY ▪ SUITE 410
TARRYTOWN, NY 10591

212.381.9700 ▪ 212.943.2470
FAX: 212.797.9213

NEW YORK CITY
39 BROADWAY
SUITE 1620
NEW YORK, NY 10006

NEW JERSEY
599 AVENUE C
BAYONNE, NJ 07002

201.823.1000
FAX: 201.823.3097

WWW.LAMBOSFIRM.COM

September 17, 2014

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    American Stevedoring, Inc. v. International Longshoremen's Ass'n, AFL-CIO
           **Civil Action No.: 1:13-CV-00918 (KPF)**

Dear Judge Failla:

As was discussed during the September 8, 2014 status conference before Your Honor, the parties were unable to agree to mediate this case along with several other related matters. *See* September 8, 2014 Conference Transcript, at 6, l.16-20. However, we are happy to report that, since that conference, the parties have been able to agree upon terms for mediation of this dispute as well as several other related matters. We have attached a letter for your review which contains the agreed-upon terms for mediation. Thank you for your anticipated assistance.

                Respectfully submitted,

                THE LAMBOS FIRM, LLP

        By: _____
              Donato Caruso
              Ian A. Weinberger
              303 South Broadway, Suite 410
              Tarrytown, New York 10591
              Tel. (212) 943-2470
              Fax (212) 797-9213

*A0029482*

September 15, 2014

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    American Stevedoring, Inc. v. International Longshoremen's Ass'n, AFL-CIO
              **Civil Action No.: 1:13-CV-00918 (KPF)**

Dear Judge Failla:

      We write to provide you an update concerning the parties' efforts to agree to mediation as discussed during the September 8, 2014 status conference. The parties have agreed to submit this matter along with several other related matters to mediation. Specifically, American Stevedoring, Inc. ("ASI"), the NYSA-PPGU Pension Fund, the NYSA-ILA Pension Trust Fund ("PTF"), the NYSA-ILA Money Purchase Pension Plan and Fund, the NYSA-ILA Fringe Benefits Escrow Fund, the NYSA-ILA Container Royalty Fund, and the International Longshoremen's Association, AFL-CIO, the Port Police and Guards Union, as well as Messrs. Harold J. Daggett, Stephen Knott, Louis Pernice, John T. Oates and any other defendants herein have agreed to mediate the several disputes and litigations between and among them before a mediator whom we would ask Your Honor to designate in accordance with Local Civil Rule 83.9 and the Procedures of the Mediation Procedure. It is the collective judgment of those parties that such a mediation would serve the interests of judicial economy and reduce litigation costs.

      Further to such an arrangement, the parties have agreed to request stays of litigation, deadlines, and judgment collection in all matters to which they are parties with each other pending completion of the mediation process. These include the above-referenced action (1:13-CV-00918 (KPF)); *NYSA-PPGU Pension Fund, et al. v. American Stevedoring, Inc.* (D.N.J. 2:12-cv-2309 (ES) (JAD)); *NYSA-ILA Pension Trust Fund, et al. v. American Stevedoring, Inc.* (S.D.N.Y. 12 Civ. 2506); *International Longshoremen's Ass'n, et al. v. American Stevedoring, Inc.* (N.Y. Sup. Ct. 52194/14); *International Longshoremen's Ass'n, et al. v. American Stevedoring, Inc.* (E.D.N.Y. 12 CV 1325); and, as it pertains to a certain motion to intervene by NYSA-ILA Pension Trust Fund, NYSA-ILA Fringe Benefits Escrow Fund, NYSA-ILA Container Royalty Fund and NYSA-ILA Money Purchase Pension Fund and Plan in the action styled *Port Authority of New York and New Jersey v. American Stevedoring, Inc.* (N.Y. Sup. Ct. 154871/12). If the mediation is unsuccessful, then all matters will resume at the point they were at when stayed.

Honorable Katherine Polk Failla      - 2 -      September 15, 2014

      Counsel for all affected parties to the above-referenced actions signed this letter to indicate their agreement to the terms of the mediation set forth in this letter and are hopeful that the proposed mediation would result in a global settlement. In order to accomplish this global settlement, the parties hereby request a stay of any motion practice in this case until mediation is completed. A letter outlining the parties' agreement concerning the terms of mediation has been submitted to Judge Esther Salas of the United States District Court for the District of New Jersey, who presides over the action involving the NYSA-PPGU Pension Fund and ASI. A copy of the letter to Judge Salas is enclosed.

Respectfully submitted,

HILLER, P.C.

By: _____
Michael S. Hiller
600 Madison Avenue
New York, New York 10022
Tel. (212) 319-4000
Fax (212) 753-4530

*Counsel to Plaintiff American Stevedoring, Inc.*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: _____
Howard W. Goldstein
Elizabeth P. Kozlowski
One New York Plaza
New York, New York 10004
Tel. (212) 859-8000

*Counsel for Defendants the International Longshoremen's Association, AFL-CIO, Harold J. Daggett, Stephen Knott, and Louis Pernice*

LAW OFFICES OF STEPHEN DAVIS, P.C.

By: _____
Joy M. Holz
Stephen Davis
100 Craig Road, Suite 102
Manalapan, New Jersey 07726
Tel. (732) 431-1749
Fax (732) 431-9339

*Counsel for Defendants the Port Police and Guards Union and John T. Oates*

Honorable Katherine Polk Failla     - 3 -     September 15, 2014

| LAW OFFICES OF STEPHEN DAVIS, P.C. | THE LAMBOS FIRM, LLP |
|---|---|
| By: *Joy M. Holz* <br> Joy M. Holz <br> Stephen Davis <br> 100 Craig Road, Suite 102 <br> Manalapan, New Jersey 07726 <br> Tel. (732) 431-1749 <br> Fax (732) 431-9339 | By: *Donato Caruso* <br> Donato Caruso <br> Ian A. Weinberger <br> 599 Avenue C <br> Bayonne, New Jersey 07002 <br> Tel. (201) 823-1000 <br> Fax (201) 823-3097 |

*Co-Counsel to Non-Party NYSA-PPGU*
*Pension Fund and Its Trustees*

| MARRINAN & MAZZOLA MARDON, P.C. | THE LAMBOS FIRM, LLP |
|---|---|
| By: *Kevin Marrinan* <br> Kevin Marrinan <br> 26 Broadway, 17th Floor <br> New York, New York 10004 <br> Tel. (212) 425-3240 | By: *Donato Caruso* <br> Donato Caruso <br> Ian A. Weinberger <br> 303 South Broadway, Suite 410 <br> Tarrytown, New York 10591 <br> Tel. (212) 943-2470 <br> Fax (212) 797-9213 |

*Co-counsel to Non-Parties the NYSA-ILA Pension Trust Fund, the*
*NYSA-ILA Fringe Benefits Escrow Fund, the*
*NYSA-ILA Money Purchase Pension Fund and Plan,*
*and the NYSA-ILA Container Royalty Fund*

A0029356