UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NYSA-PPGU PENSION FUND, et al. | |
| Plaintiffs, | Civil Action No. 12-2309 (ES) |
| v. | ORDER |
| AMERICAN STEVEDORING, INC., et al. | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

The Court has received and reviewed the joint letter dated September 15, 2014, as well as its attachments, including a letter to United States District Judge Katherine Polk Failla of the Southern District of New York, dated September 17, 2014. (D.E. No. 113). In consideration of these letters, and after consultation with Judge Polk, it is hereby ORDERED:

- This case has been referred for mediation to the S.D.N.Y. Court-annexed Mediation Program. *See* Order, American Stevedoring, Inc. v. International Longshoreman's Association, et al., No. 1:13-cv-00918-KPF (S.D.N.Y. Sept. 19, 2014), D.E. No. 99.

- All deadlines, conferences, and litigation activities in the above-captioned case are hereby STAYED pending the termination of mediation.

Accordingly, IT IS on this 22nd day of September 2014,

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**