January 16, 2015

**VIA ECF**

Honorable Esther Salas
United States District Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: NYSA-PPGU Pension Fund, *et al.* v. American Stevedoring, Inc., *et al.*
     **Civil Action No.: 2:12-CV-2309 (ES) (JAD)**

Dear Judge Salas:

  Pursuant to the Court's January 9, 2015 Order (Docket # 117), the undersigned are attaching a copy of a letter from Donato Caruso, Esq. to Judge Failla which reports on the status of the mediation before Mediator David F. Kolb, Esq. Although the New York Court ordered no further extensions, the parties have requested that the mediation with Mediator David F. Kolb, Esq. continue to enable the parties to reach a final resolution. In addition, the settlement contemplates that a certain approval be obtained from the Port Authority prior to consummation of the settlement.

  In view of the foregoing, the parties in this action respectfully request that the matter before this Court continue to be stayed until February 17, 2015.

            Respectfully submitted,

LAW OFFICES OF STEPHEN DAVIS, P.C.   THE LAMBOS FIRM, LLP

By: s/Joy M. Holz         By: s/Richard J. Ciampi, Jr.
  Joy M. Holz           Richard J. Ciampi, Jr.
  Stephen Davis          Ian A. Weinberger
  100 Craig Road, Suite 102      599 Avenue C
  Manalapan, New Jersey 07726     Bayonne, New Jersey 07002
  Tel. (732) 431-1749         Tel. (201) 823-1000
  Fax (732) 431-9339         Fax (201) 823-3097

*Co-Counsel to Plaintiff NYSA-PPGU*
*Pension Fund and Its Trustees*

Honorable Esther Salas — - 2 - — January 16, 2015

HILLER, P.C.

By:    s/Michael S. Hiller
       Michael S. Hiller
       600 Madison Avenue
       New York, New York 10022
       Tel. (212) 319-4000
       Fax (212) 753-4530

*Counsel to Defendant American Stevedoring, Inc.*

31750

# THE LAMBOS FIRM, LLP

ATTORNEYS AT LAW

303 SOUTH BROADWAY • SUITE 410
TARRYTOWN, NY 10591

212.381.9700 • 212.943.2470
FAX: 212.797.9213

C. PETER LAMBOS (1926-2003)
DONATO CARUSO
WILLIAM M. SPELMAN
NICHOLAS G. MAGLARAS (1951-2006)
CAROL NOTIAS LAMBOS* ^ + ■
PETER C. LAMBOS (1954-1991)

ANN MARIE FLYNN
RICHARD J. CIAMPI, JR.*
JAMES R. CAMPBELL*
IAN A. WEINBERGER *

ALSO ADMITTED IN: *NJ  ^DC  +FL  ■CT

NEW YORK CITY
39 BROADWAY
SUITE 1620
NEW YORK, NY 10006

NEW JERSEY
599 AVENUE C
BAYONNE, NJ 07002

201.823.1000
FAX: 201.823.3097

WWW.LAMBOSFIRM.COM

January 16, 2015

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: American Stevedoring, Inc. v. International Longshoremen's Ass'n, AFL-CIO
**Civil Action No.: 1:13-CV-00918 (KPF)**

Dear Judge Failla:

We write in connection with the Court's December 31, 2014 Order (Docket # 101), which granted the parties additional time until January 16, 2015, in which to finalize settlement documents. The parties believe that they are very close to concluding this matter, but they have run into a glitch in respect to the terms of the final agreement which has required additional drafts and discussions. Since the Court has ordered that no further extensions will be granted, the litigation will resume. However, the parties request that mediation with Mediator Daniel F. Kolb, Esq. continue to enable the parties to reach a final resolution.

Respectfully submitted,

THE LAMBOS FIRM, LLP

By: _____
Donato Caruso
Ian A. Weinberger
303 South Broadway, Suite 410
Tarrytown, New York 10591
Tel. (212) 943-2470
Fax (212) 797-9213

Honorable Katherine Polk Failla  - 2 -  January 16, 2015

cc: Michael S. Hiller, Esq. (via ECF)
Kevin Marrinan, Esq. (via ECF)
Joy M. Holz, Esq. (via ECF)
Stephen Davis, Esq. (via ECF)
Elizabeth Kozlowski, Esq. (via ECF)
Steven Schaffer, Esq. (via ECF)
Daniel F. Kolb, Esq. (via e-mail)

*A0031743*