January 16, 2015

**VIA ECF**

Honorable Esther Salas
United States District Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   NYSA-PPGU Pension Fund, *et al.* v. American Stevedoring, Inc., *et al.*
            **Civil Action No.: 2:12-CV-2309 (ES) (JAD)**

Dear Judge Salas:

    Pursuant to the Court's January 9, 2015 Order (Docket # 117), the undersigned are attaching a copy of a letter from Donato Caruso, Esq. to Judge Failla which reports on the status of the mediation before Mediator David F. Kolb, Esq. Although the New York Court ordered no further extensions, the parties have requested that the mediation with Mediator David F. Kolb, Esq. continue to enable the parties to reach a final resolution. In addition, the settlement contemplates that a certain approval be obtained from the Port Authority prior to consummation of the settlement.

    In view of the foregoing, the parties in this action respectfully request that the matter before this Court continue to be stayed until February 17, 2015.

                                  Respectfully submitted,

| LAW OFFICES OF STEPHEN DAVIS, P.C. | THE LAMBOS FIRM, LLP |
|---|---|
| By:  s/Joy M. Holz | By:  s/Richard J. Ciampi, Jr. |
|       Joy M. Holz |       Richard J. Ciampi, Jr. |
|       Stephen Davis |       Ian A. Weinberger |
|       100 Craig Road, Suite 102 |       599 Avenue C |
|       Manalapan, New Jersey 07726 |       Bayonne, New Jersey 07002 |
|       Tel. (732) 431-1749 |       Tel. (201) 823-1000 |
|       Fax (732) 431-9339 |       Fax (201) 823-3097 |

*Co-Counsel to Plaintiff NYSA-PPGU*
*Pension Fund and Its Trustees*

So Ordered —
Esther Salas, USDJ
1/21/15